UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN NORRIS,
        Plaintiff,

v().

CHARLENE BONNER, ET AL.,
        Defendants.

CIVIL ACTION
NO. 15-10685-WGY

ORDER

YOUNG, D.J.                                                   June 30, 2015

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees (Docket No. 3) is ALLOWED;

2. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses an initial partial filing fee of $41.28. The remainder of the fee, $308.72, shall be collected in accordance with 28 U.S.C. § 1915(b)(2);

3. The clerk shall issue summonses as to the three defendants. The Clerk shall send the summonses, complaint, and this Order to the plaintiff, who must thereafter serve the defendants in accordance with Federal Rule of Civil Procedure 4(m);

4. Plaintiff's Motions for Service (Docket No. 2) by certified mail and Allowing Service on Defendants' Counsel (Docket No. 7) are DENIED. The plaintiff may choose an alternative to serving each defendant with the summons and complaint by offering each defendant the option to waive service of the summons. See Fed. R. Civ. P. 4(d). The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal shall serve the summonses, complaint, and this Order upon these defendants, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service;

5. If served with a summons, the defendants are required to respond to the complaint. See 42 U.S.C. § 1997e(g)(2);

6. Plaintiff's Motion to Appoint Counsel (Docket No. 6) is DENIED without prejudice; and

7. Plaintiff's Motion for Telephone Conference/Hearing (Docket No. 8) is DENIED as premature.

SO ORDERED.

                                                  /s/ William G. Young
                                                WILLIAM G. YOUNG
                                                UNITED STATES DISTRICT JUDGE